**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>CLARENCE GOODWIN JR  xxx-xx-3926<br>436 W. LAKESIDE AVE<br>COLUMBIA, SC 29213 | CASE NO:  22-03147-dd<br><br>(CHAPTER 13) |

**NOTICE OF TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**

Chapter 13 Trustee has filed papers with the court to dismiss the Chapter 13 case.

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or you want the court to consider your views on the motion, then within 14 days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:

UNITED STATES BANKRUPTCY COURT
1100 LAUREL STREET
COLUMBIA, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

Annemarie B. Mathews, Trustee
3700 Forest Dr., Ste. 302
PO BOX 8477
COLUMBIA, SC  29202

Attend the hearing scheduled to be held on 01/19/2023,  at 10:30 am, at **US BANKRUPTCY COURT, 1100 LAUREL STREET, COLUMBIA SC, 29201**

If no response, return and/or objection is timely filed and served, no hearing will be held on this motion except at the direction of the Judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief prior to the scheduled hearing date, if determined to be appropiate.

Date:   December 15, 2022           /s/Annemarie B. Mathews
                                     CHAPTER 13 TRUSTEE'S OFFICE
                                      3700 Forest Dr., Ste. 302
                                      PO BOX 8477
                                      COLUMBIA, SC  29202

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>CLARENCE GOODWIN JR  xxx-xx-3926<br>436 W. LAKESIDE AVE<br>COLUMBIA, SC 29213 | CASE NO:  22-03147-dd<br><br>(CHAPTER 13) |

**TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**

NOW COMES the Chapter 13 Trustee in this case hereby alleges:

1. This court has jurisdiction over this matter under 28 U. S. C. Section 1334 and II U. S. C. Section 1307 (c).

2. ☐  The debtor has failed to appear at the scheduled section 341 hearing.
   ☑  The debtor has failed to timely file adequate Chapter 13 Plan, schedules, and/or statements.
   ☐  The debtor has failed to timely provide documents requested by the Trustee.
   ☐  The debtor has failed to file a valid certificate of credit counseling.
   ☐  The debtor has failed to timley provide copies of tax returns.

3. The trustee requests that an Order be entered dismissing this case.

Dated:     December 15, 2022                                ANNEMARIE B. MATHEWS, TRUSTEE
                                                            /s/ Annemarie B. Mathews

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>CLARENCE GOODWIN JR  xxx-xx-3926<br>436 W. LAKESIDE AVE<br>COLUMBIA, SC 29213 | CASE NO:  22-03147-dd<br><br>(CHAPTER 13) |

**CERTIFICATE OF SERVICE**

The below signed states that he served the motion and notice on the debtor and the following parties, by mailing them, on this date, copies of the motion and notice, first class, postage prepaid.

Dated:      December 15, 2022

ADDRESS FOR COURT:
UNITED STATES BANKRUPTCY COURT
1100 LAUREL STREET
COLUMBIA, SC 29201

ATTORNEY FOR THE DEBTOR:
MOORE TAYLOR LAW FIRM PA
ATTN JANE DOWNEY ESQ
PO BOX 5709
W COLUMBIA, SC 29171

CLARENCE GOODWIN JR
436 W. LAKESIDE AVE
COLUMBIA, SC 29213

/s/ Crystal Turner
CHAPTER 13 TRUSTEE'S OFFICE

3700 Forest Dr., Ste. 302
PO BOX 8477
COLUMBIA, SC  29202